WILLIAM T. GILLOTT, Jr., as Assignee, etc., Respondent, v. WILLIAM F. REDLICH et al., Appellants.

(Argued October 14, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court of the second judicial department, entered upon an order made December 13, 1888, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*J. Homer Hildreth* for appellants.

*Henry D. Hotchkiss* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

DANIEL N. CROUSE, as Executor, etc., Respondent, v. ALONZO ROWLEY et al., Impleaded, etc., Appellants.

(Argued October 15, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 2, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*W. A. Matteson* for appellants.

*E. J. Richardson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.